Bahram Madaen, Esq
16787 Beach Blvd # 777
Huntington Beach, CA 92647
818-908-2618 Fax: 818-908-2619
California State Bar Number: 230123
ssiroos@hotmail.com
Tel: (818) 908-2618
Fax: (818) 908-2619

Attorney for Debtor Vicente Ramirez Jimenez

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>**VICENTE RAMIREZ JIMENEZ**<br><br>DEBTOR(S) | Case No.  **2:18-bk-11025-ER**<br>CHAPTER :  **7**<br><br>**MOTION TO VACATE THE DISMISSAL AND EXTEND THE TIME TO FILE NECESSARY DOCUMENTS**<br><br>(RE: DOCKET # 15)<br><br>Hearing Date: March 15, 2018<br>Time:           10:00 a.m.<br>Court Room:   1568<br>**255 E Temple Street, 15th Fl**<br>**Los Angeles, CA 90012**<br><br>(**LBR 1017-2**) |
|---|---|

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

1. **Bankruptcy Case Filing Information:**
    a. This bankruptcy case was commenced on 1/30/2018 under chapter 7 of the bankruptcy code as incomplete case.

**Motion to vacate the dismissal**

b. Attorney Bahram Madaen mistakenly filed the bankruptcy case without necessary holographic signatures. He then tried to refile it but a computer problem prevented him from doing so.
c. On 2/8/2018, Attorney Madaen repaired his computer and intended to file the requisite document on the following day when the case was dismissed.
d. The case was dismissed on 2/8/18 for failure to file the schedules on time.

WHEREFORE, the Debtor prays that this court issue an order vacating the dismissal of this case and extending the time to file the remaining schedules and other necessary documents. .

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/9/2018 | Bahram Madaen, Esq | *[signature]* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

2

**Motion to vacate the dismissal**

## DECLARATION OF BAHRAM MADAEN

I, Bahram Madaen, Esq., declare:

1. I have personal knowledge of all of the facts set forth in this declaration, and if called upon to do so, I could and would competently testify thereto in a court of law or administrative proceeding.

2. I am an attorney at law, licensed to practice in all the courts of the State of California and in the United States Bankruptcy Court for the Central District of California. My license, California State Bar number 230123, is in good standing.

3. This bankruptcy case was commenced on 1/30/2018 under chapter 7 of the bankruptcy code as complete case.

4. I mistakenly filed the bankruptcy case without necessary holographic signatures. I tried to refile it but my computer problem prevented me from doing so.

5. On 2/8/2018, Attorney Madaen repaired his computer and intended to file the requisite document on the following day when the case was dismissed.

6. The case was dismissed on 2/8/18 for failure to file the schedules on time.

I hereby swear under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

SIGNED this 9th day of February 2018.

_____
Bahram Madaen, Esq., declarant

**Motion to vacate the dismissal**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**16787 Beach Blvd # 777**
**Huntington Beach, CA 92647**

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S MOTION TO REOPEN CASE TO FILE DEBTOR'S Plan** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) *6/11/2017*, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Howard M Ehrenberg (TR) ehrenbergtrustee@sulmeyerlaw.com, ca25@ecfcbis.com;C123@ecfcbis.com;hehrenberg@ecf.inforuptcy.com
Bahram Madaen on behalf of Debtor Vicente Ramirez Jimenez ssiroos@hotmail.com
Valerie Smith on behalf of Interested Party Courtesy NEF claims@recoverycorp.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 6/11/2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Honorable Ernest M. Robles**
**255 East Temple Street, Courtroom 1568, 15th Floor**
**Los Angeles, CA 90012**

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) *6/11/2017*, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| Feb 9, 2018 | Bahram Madaen, Esq | /s/ Bahram Madaen, Esq |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |